

# Case Assignment
# Standard Miscellaneous Assignment

Case number **3:19MC-37-RGJ**

Assigned : Judge Rebecca Grady Jennings
Judge Code : A961

Assigned on 9/3/2019 11:05:05 AM
Transaction ID: 24085

Request New Judge      Return